**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DIVISION OF MICHIGAN**
**SOUTHERN DIVISION**

---

RESILIRE NEUROREHABILITATION, LLC,
(Bekius, Buford, Cox, Fernan, Gibbs, Garza, Hadden, Honas, Hudson, Jaynes, Johnson, Kalmbach, Kohler, Kovacik, Krutsch, Lutz, Lyons, Medley, Orndorf, Penny, Rivera-Figuroa, Rollins, Smith, Stafford, Temple, Townsend, Verkaik, Villareal, Whipple)

Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

CASE NO:

Lower Case No.: 25-009384-NF

---

Milea M. Vislosky (P69306)
MILLER & TISCHLER PC
Attorneys for Plaintiff
28470 W 13 Mile Road, Suite 300
Farmington Hills, Michigan 48334
(248) 945-1040
mvislosky@msapc.net

Ross L. Janecyk (P78233)
Warren T. Grover (P84453)
GROVER LEWIS JOHNSON
Attorneys for Defendant
3514 Rivertown Point Court SW, Suite B
Grandville, Michigan 49418
(616) 257-3900
rjanecyk@groverlewisjohnson.com
wgrover@groverlewisjohnson.com

---

**NOTICE OF FILING REMOVAL**

**NOTICE OF REMOVAL OF CAUSE TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

**VERIFICATION**

**CERTIFICATE OF SERVICE**

# NOTICE OF REMOVAL PURSUANT TO 28 U.S.C.A. § 1332

TO: The United States District Court
Judges of the Above Court

NOW COMES Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its undersigned attorneys, and pursuant to 28 U.S.C. § 1332, 1441 and 1446, herewith file the within Notice of Removal pursuant to said statutes for the following reasons:

1. On **June 16, 2025**, Plaintiff, Resilire Neurorehabilitation, LLC filed a complaint in the Wayne County Circuit Court, State of Michigan, County of Wayne, which was assigned Case No. 2025-009384-NF. (**Complaint, Exhibit A**).

2. On **August 21, 2025**, State Farm's registered agent, Corporation Service Company, received via certified mail the attached Complaint. (**Notice of Service of Process, Exhibit B**).

3. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Defendant in the state court action – the Summons and Complaint -- are attached hereto as Exhibits A & B.

4. Upon information and belief, and as alleged in the Complaint, Plaintiff, Resilire Neurorehabilitation, LLC, is a Michigan corporation doing business in Wayne County. (Paragraph 2, Exhibit A).

5. State Farm is an Illinois corporation with its principal place of business in Bloomington, Illinois. Therefore, for diversity purposes, State Farm Mutual Automobile Insurance Company is a citizen of the State of Illinois.

6. The amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest, costs and attorney fees. Specifically, Plaintiff claims outstanding personal protection insurance benefits ("PIP benefits") associated with charges for services it provided twenty-nine different individuals. Based upon the amount of Plaintiff's charges associated with twenty-nine different individuals, minus amounts paid by State Farm, there is greater than $75,000.00 in controversy. For instance, regarding Plaintiff's claim related to just Buford, Plaintiff submitted $597,387.46 in charges for dates of service through July 31, 2025, and Defendant paid $420,356.13 leaving a balance of $177,031.33. Regarding Plaintiff's claim related to just Penny, Plaintiff submitted $555,036.45 in charges for dates of service through July 31, 2025, and Defendant paid $478,355.89 leaving a balance of $76,680.56.

7. The above-described action is a civil action of which this court has original jurisdiction under the provisions of Title 28, United States Code, Section 1331, and is one which may be removed to this court by the defendant pursuant to the provisions of Title 28, United States Code, Section 1441 and 1446 in that the plaintiff herein commenced an action against Defendant and an actual controversy exists in which the rights and legal relations of the parties must be resolved.

8. The time for filing of this Removal under the statutes of the United States has not expired and is herewith made timely.

9. Written notice of filing of this Removal has been given to all parties as required by law and is attached hereto.

10. A true and correct copy of this Removal is being filed with the Clerk of the Court for the Wayne County Circuit Court, County of Wayne, State of Michigan, as provided for by law.

11. Filed herewith and reference made hereto and made a part hereof, is a true and correct copy of all process and pleadings served upon Defendant.

WHEREFORE, Defendant prays by its undersigned counsel, that removal of the within action be effected from the Wayne County Circuit Court, County of Wayne, State of Michigan, to the United States District Court for the Eastern District of Michigan, Southern Division.

GROVER LEWIS JOHNSON
Attorneys for Defendant

Dated: September 19, 2025

By: /s/ Warren T. Grover

Ross L. Janecyk (P78233)
Warren T. Grover (P84453)
3514 Rivertown Point Court SW
Grandville, Michigan 49418
(616) 257-3900

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DIVISION OF MICHIGAN**
**SOUTHERN DIVISION**

---

RESILIRE NEUROREHABILITATION, LLC,
(Bekius, Buford, Cox, Fernan, Gibbs, Garza, Hadden, Honas, Hudson, Jaynes, Johnson, Kalmbach, Kohler, Kovacik, Krutsch, Lutz, Lyons, Medley, Orndorf, Penny, Rivera-Figuroa, Rollins, Smith, Stafford, Temple, Townsend, Verkaik, Villareal, Whipple)

Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

CASE NO:

Lower Case No.: 25-009384-NF

---

Milea M. Vislosky (P69306)
MILLER & TISCHLER PC
Attorneys for Plaintiff
28470 W 13 Mile Road, Suite 300
Farmington Hills, Michigan 48334
(248) 945-1040
mvislosky@msapc.net

Ross L. Janecyk (P78233)
GROVER LEWIS JOHNSON
Attorneys for Defendant
3514 Rivertown Point Court SW, Suite B
Grandville, Michigan 49418
(616) 257-3900
rjanecyk@groverlewisjohnson.com

---

**VERIFICATION**

WARREN T. GROVER, being first duly sworn, deposes and says that he is the agent and attorney for Defendant, State Farm Mutual Automobile Insurance Company, and that the foregoing Notice of Removal is true in substance and in fact to the best of my knowledge, information and belief.

GROVER LEWIS JOHNSON
Attorneys for Defendant

Dated: September 19, 2025

By: /s/ Warren T. Grover
Ross L. Janecyk (P78233)
Warren T. Grover (P84453)
3514 Rivertown Point Court SW
Grandville, Michigan 49418
(616) 257-3900

Subscribed and sworn to before me
the 19th day of September, 2025.

*/s/ Ana Arvizu-Mata*
Notary Public
Kent County, acting in Wayne County, MI
My commission expires: July 26, 2030

ANA ARVIZU MATA
Notary Public - State of Michigan
County of Kent
My Commission Expires Jul 26, 2030
Acting in the County of Wayne

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DIVISION OF MICHIGAN**
**SOUTHERN DIVISION**

---

RESILIRE NEUROREHABILITATION, LLC,
(Bekius, Buford, Cox, Fernan, Gibbs, Garza, Hadden, Honas, Hudson, Jaynes, Johnson, Kalmbach, Kohler, Kovacik, Krutsch, Lutz, Lyons, Medley, Orndorf, Penny, Rivera-Figuroa, Rollins, Smith, Stafford, Temple, Townsend, Verkaik, Villareal, Whipple)

Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

CASE NO:

Lower Case No.: 25-009384-NF

---

Milea M. Vislosky (P69306)
MILLER & TISCHLER PC
Attorneys for Plaintiff
28470 W 13 Mile Road, Suite 300
Farmington Hills, Michigan 48334
(248) 945-1040
mvislosky@msapc.net

Ross L. Janecyk (P78233)
Warren T. Grover (P84453)
GROVER LEWIS JOHNSON
Attorneys for Defendant
3514 Rivertown Point Court SW, Suite B
Grandville, Michigan 49418
(616) 257-3900
rjanecyk@groverlewisjohnson.com
wgrover@groverlewisjohnson.com

---

*Grover Lewis Johnson*

**CERTIFICATE OF SERVICE**

Julie Moore, an employee with the law firm of GROVER LEWIS JOHNSON being first duly sworn, deposes and says that on the 19th day of September 2025, she caused a copy of this document to be served upon all parties of record, and that such service was made electronically upon each counsel of record so registered with the United States District

Court and via U.S. Mail to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

By: */s/ Julie Moore*
Grover Lewis Johnson
jmoore@groverlewisjohnson.com

*Grover Lewis Johnson*

# Exhibit A

Original - Court
1st Copy- Defendant
2nd Copy - Plaintiff
3rd Copy -Return

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>25-009384-NF<br>Hon.John H. Gillis, Jr. |
|---|---|---|

Court telephone no.: 313-224-5243

| Plaintiff's name(s), address(es), and telephone no(s) | v | Defendant's name(s), address(es), and telephone no(s). |
|---|---|---|
| Resilire Neurorehabilitation, LLC(Bekius, Buford, Cox, Fernan, Gibbs, Garza, Hadden, Honas, Hudson, Jaynes, Johnson, Kalmbach, Kohler, Kovacik, Krutsch, Lutz, Lyons, Medley, Orndorf, Penny, Rivera-Figuroa, Rollins, Smith, Stafford, Temple, Townsend, Verkaik, Villareal, Whipple) | | State Farm Mutual Automobile Insurance Company |
| **Plaintiff's attorney, bar no., address, and telephone no**<br>Milea M. Vislosky 69306<br>28470 W 13 Mile Rd Ste 300<br>Farmington Hills, MI 48334-5400 | | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☒ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☒ this court, ☐ ________________ Court, where it was given case number 22-007961-NF and assigned to Judge John H. Gillis, Jr..

The action ☐ remains ☒ is no longer pending.

Summons section completed by court clerk. **SUMMONS**

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:

1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|
| 6/16/2025 | 9/15/2025 | Ibrahim Islam |

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.



THIRD JUDICIAL CIRCUIT OF MICHIGAN

**SUMMONS**
Case No. : **25-009384-NF**

# PROOF OF SERVICE

**TO PROCESS SERVER:** You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail , return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff,deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled<br>$ | Fee<br>$ | |
|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled<br>$ | Fee<br>$ | **Total fee**<br>**$** |

Signature

Name (type or print)

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

Attachments (if any) on Date and time

on behalf of .

Signature

25-009384-NF FILED IN MY OFFICE Cathy M. Garrett WAYNE COUNTY CLERK 6/16/2025 5:32 PM Ibrahim Islam

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

RESILIRE NEUROREHABILITATION, LLC (Bekius, Buford, Cox, Fernan, Gibbs, Garza, Hadden, Honas, Hudson, Jaynes, Johnson, Kalmbach, Kohler, Kovacik, Krutsch, Lutz, Lyons, Medley, Orndorf, Penny, Rivera-Figuroa, Rollins, Smith, Stafford, Temple, Townsend, Verkaik, Villareal, Whipple),

Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

Case No. 25- -NF
Hon.

---

MILLER & TISCHLER, P.C.
BY: MILEA M. VISLOSKY (P69306)
Attorneys for Plaintiff
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI 48334-5401
(248) 945-1040 / (248) 536-5042 fax
email: mvislosky@msapc.net

---

*There was a prior civil action arising out of the transaction or occurrence alleged in the complaint filed in Wayne County Circuit Court, Case Number: 22-007961-NF, assigned to the Honorable John H. Gillis, Jr. That matter was removed to the Eastern District of Michigan and is no longer pending as to the patients involved in this lawsuit.*

*/s/ Milea M. Vislosky*
MILEA M. VISLOSKY (P69306)
Attorney for Plaintiff

**PLAINTIFF'S COMPLAINT**

Plaintiff, RESILIRE NEUROREHABILITATION, LLC (RESILIRE), states:

**NATURE OF THE CLAIM**

1. This is an action for No-Fault automobile insurance benefits. RESILIRE

has incurred expenses for reasonably necessary products, services, and accommodations that RESILIRE provided to various Patients identified in **Exhibit A**, injured in motor vehicle accidents within the meaning of the Michigan No-Fault Act, MCL 500.3101 *et seq*. Defendant has not paid to RESILIRE the correct and reasonable amounts allowed under the No-Fault law. RESILIRE seeks full reimbursement for its outstanding charges as well as all applicable No-Fault penalties.

**THE PARTIES**

2. Plaintiff, RESILIRE is a Michigan corporation doing business in Wayne County, Michigan. RESILIRE provides specialized clinical, therapeutic, and rehabilitative residential services to individuals suffering from traumatic injuries, including but not limited to traumatic brain injuries and spinal cord injuries.

3. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (State Farm) is an insurance company that conducts continuous business in Wayne County, Michigan.

4. Defendant State Farm is the No-Fault automobile insurer responsible to pay benefits for the Patients identified in **Exhibit A**, either by way of contract (copies of which are in Defendant's possession) or by statute.

**JURISDICTIONAL AVERMENTS**

5. Jurisdiction is proper in this Court as the amount in controversy exceeds $25,000 and because declaratory relief is sought.

6. Venue is proper in this Court because Defendant conducts business in Wayne County, Michigan.

**STANDING**

7. RESILIRE brings this action pursuant to a right of direct action under MCL 500.3112 and pursuant to assignments of benefits.

**COUNT I- BREACH OF THE NO-FAULT CONTRACT AND/OR LAW**

8. Paragraphs 1-7 are reincorporated as if fully set forth herein.

9. The Patients identified in **Exhibit A** sustained accidental bodily injury arising out of motor vehicle accidents within the meaning of the Michigan No-Fault Act, MCL 500.3101, *et seq*.

10. RESILIRE is entitled to be reimbursed for all allowable expenses for services rendered as defined in §3107 and §3157 of the No-Fault Act.

11. RESILIRE provided medical services, products and/or accommodations, and continues to provide medical services, products and/or accommodations, to the Patients identified in **Exhibit A** with unpaid/underpaid balances in excess of $25,000.00 through the present and submitted reasonable proof of the fact and amount of loss to Defendant pursuant to MCL 500.3142. These balances continue to accrue as the Patients identified in **Exhibit A** continue to reside and receive services at RESILIRE.

12. RESILIRE submitted reasonable proof of the fact and of the amount of loss to Defendant and demanded payment for services rendered.

13. Defendant failed to fully reimburse RESILIRE for services rendered to the Patients identified in **Exhibit A** in violation of their contractual and/or statutory obligation to provide No-Fault benefits.

14. Defendant's actions in withholding and/or delaying payment is a breach of its contractual and/or statutory obligation to promptly pay benefits for the Patients identified in **Exhibit A.**

15. Defendant's actions in withholding and/or delaying payment render the payments "overdue" and not reasonably in dispute, thereby subjecting Defendant to liability for No-Fault penalty interest, pursuant to MCL 500.3142.

16. Defendant's actions in withholding and/or delaying payment is unreasonable within the meaning of the No-Fault Act and subjects Defendant to liability for No-Fault penalty attorney's fees, pursuant to MCL 500.3148.

WHEREFORE, Plaintiff, RESILIRE, respectfully requests that this Honorable Court:

a. Adjudicate Defendant's liability to RESILIRE for No-Fault benefits to which it is entitled;

b. Grant judgment against Defendant for whatever amount of damages to which RESILIRE is found to be entitled, plus costs, RJA interest, and No-Fault penalty interest pursuant to MCL 500.3142;

c. Hold Defendant's failure to make full payment as unreasonable pursuant to MCL 500.3148, and order that Defendant pay penalty attorney fees to RESILIRE; and

d. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

MILLER & TISCHLER, P.C.

*/s/ Milea M. Vislosky*
BY: MILEA M. VISLOSKY (P69306)
Attorneys for Plaintiff
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI 48334-5401
(248) 945-1040 / (248) 536-5042 fax
email: mvislosky@msapc.net

DATED: June 16, 2025

# EXHIBIT A

| Patient | Claim Number | Date of accident | Insurer |
|---|---|---|---|
| Bekius, Kristin | 22-4993-912 | 9/15/1992 | State Farm |
| Buford, Crystal | 22-A770-114 | 12/28/2007 | State Farm |
| Cox, Lawrence | | | |
| Fernan III, Vincent | 22-K206-412 | 7/6/1996 | State Farm |
| Gibbs, Kristine | 22-V159-265 | 8/5/1999 | State Farm |
| Garza, Anastacio | 22-K294-878 | 5/29/1998 | State Farm |
| Hadden, Carolyn | 22-8299-321 | 2/6/1989 | State Farm |
| Honas, Andrew | 22-2760-R88 | 1/16/2018 | State Farm |
| Hudson, Heather | 22-4982-596 | 5/21/1992 | State Farm |
| Jaynes, Shaun | 22-V134-444 | 6/22/1999 | State Farm |
| Johnson, Michael | 22-P162-704 | 6/3/1996 | State Farm |
| Kalmbach, Melissa | 22-V850-152 | 10/14/2002 | State Farm |
| Kohler, Bret | 22-A911-864 | 11/20/2008 | State Farm |
| Kovacic, Aaron | 22-A238-844 | 10/23/2004 | State Farm |
| Krutsch, Greg | 22-B033-397 | 9/2/2009 | State Farm |
| Lutz, Derek | 22-B035-598 | 7/31/2009 | State Farm |
| Lyons, Courtney | 22-259Z-977 | 3/2/2013 | State Farm |
| Medley, James | 22-6214-601 | 4/8/1974 | State Farm |
| Orndorf, Thomas | 22-367N-198 | 11/9/2013 | State Farm |
| Figueroa Rivera, Gino | 22-08S3-02R | 7/4/2020 | State Farm |
| Rollins, Richard | 22-101F-968 | 3/11/2012 | State Farm |
| Smith, Christopher | 22-8308-893 | 8/17/1985 | State Farm |
| Stafford, Josephine | 22-P273-935 | 4/17/1997 | State Farm |
| Temple, Lucas | 22-V846-732 | 10/5/2002 | State Farm |
| Townsend, Justin | 22-4101-N35 | 3/19/2018 | State Farm |
| Verkaik, Laura | 22-V514-804 | 3/24/2001 | State Farm |
| Villareal, Juan | 22-N199-948 | 4/30/1996 | State Farm |
| Whipple, James | 22-A741-440 | 11/7/2007 | State Farm |
| Penny, Laura | | | |

# Exhibit B




null / ALL
**Transmittal Number: 32097801**
**Date Processed: 08/21/2025**

# Notice of Service of Process

**Primary Contact:** State Farm Enterprise SOP
Corporation Service Company- Wilmington, DELAWARE
251 Little Falls Dr
Wilmington, DE 19808-1674

| | |
|---|---|
| **Entity:** | State Farm Mutual Automobile Insurance Company<br>Entity ID Number 3461675 |
| **Entity Served:** | State Farm Mutual Automobile Insurance Company |
| **Title of Action:** | Resilire Neurorehabilitation, LLC (Bekius Buford) vs. State Farm Mutual Automobile Insurance Company |
| **Matter Name/ID:** | Resilire Neurorehabilitation, LLC (Bekius Buford) vs. State Farm Mutual Automobile Insurance Company (17780690) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Wayne County Circuit Court, MI |
| **Case/Reference No:** | 25-009384-NF |
| **Jurisdiction Served:** | Michigan |
| **Date Served on CSC:** | 08/21/2025 |
| **Answer or Appearance Due:** | 28 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Miller & Tischler, P.C.<br>248-945-1040 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com